RICHARD DEEVES, Appellant, *v.* THE METROPOLITAN REALTY COMPANY of the City of New York, Respondent.

(Argued January 29, 1894; decided February 27, 1894.)

APPEAL from order of the General Term of the Court of Common Pleas for the city and county of New York, made December 4, 1893, which reversed an order of Special Term denying a motion by defendant that certain issues of fact arising on counterclaims set up in the answer be settled for trial by jury and directed said issues to be stated.

*David Thornton* for appellant.

*Charles J. Hardy* for respondent.

Agree to affirm on opinion below.
All concur.
Order affirmed.